IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| DANIEL MOSCONI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:10 CV 01964 |
| | ) | |
| ATLAS INTERNATIONAL LIFT TRUCKS, INC. | ) | Judge William J. Hibbler |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff Daniel Mosconi and Defendant Atlas International Lift Trucks, Inc., by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the written settlement agreement between the parties, hereby stipulate to the dismissal of this matter with prejudice and with each party to bear their own fees and costs. The parties further stipulate that this Court shall retain jurisdiction of this matter for the purpose of enforcing the settlement agreement.

Dated: November 2, 2011                     Respectfully submitted,

By: /s/ John A. Berg                        By: /s/ William Mosconi
Craig R. Annunziata                         William Mosconi
John A. Berg                                DeFrenza & Mosconi,PC
Bradford A. LeHew                           707 Skokie Boulevard, Suite 410
Fisher & Phillips LLP                       Northbrook, IL  60062
140 South Dearborn Street, Suite 1000       Phone: (847) 513-6699 ext. 105
Chicago, IL 60603
Phone: (312) 346-8061                       Attorney for Plaintiff,
Facsimile: (312) 346-3179                   Daniel Mosconi

One of the Attorneys for Defendant,
Atlas International Lift Trucks, Inc.

Chicago 122837.1