**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Daniel Mosconi
                      Plaintiff,

v.                                                     Case No.: 1:10–cv–01964
                                                          Honorable William J. Hibbler

Atlas International Lift Trucks, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 2, 2011:

       MINUTE entry before Honorable William J. Hibbler: Pursuant to stipulation, this case is dismissed with prejudice and without costs and fees. The court shall retain jurisdiction for the purposing of enforcing the settlement agreement. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.